1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11
12
13

DAVID JACKSON,

        Plaintiff,

     v.

AMAZON LOGISTICS, INC., KILAM, INC. dba KILAM LOGISTICS, ALFREDO ENRIQUE MASFERRER CARRANZA, and DOES 1-50,

        Defendants.

Case No. 4:23-cv-05238-HSG

ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT (as modified)

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT;
4:23-cv-05238-HSG

1    Before this Court is the Stipulation of Plaintiff David Jackson ("Plaintiff") and

2  Defendants Amazon Logistics, Inc., Kilam, Inc. dba Kilam Logistics, and Alfredo Enrique

3  Masferrer Carranza ("Defendants") (parties collectively referred to as the "Parties") to remand

4  this case to Alameda County Superior Court. Having reviewed the Stipulation, and good cause

5  shown, the Court GRANTS the stipulation.

6    This case is remanded to Alameda County Superior Court, Case No. 23CV043063.

7    The Clerk is directed to close this case.

8    **IT IS ORDERED.**

9  Date:  5/14/2024

10                                 HAYWOOD S. GILLIAM, JR.
                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT;
4:23-cv-05238-HSG